**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Pension Fund; CLEM COMMERS, as Chairman and MAYNARD BRAU, as Secretary of the Twin City Floor Covering Industry Fringe Benefit Trust Fund, and their successors,<br><br>                Plaintiffs,<br><br>   vs.<br><br>GMAM FLOOR COVERING, INC.,<br><br>                Defendant. | Civil File No.: 05-81 (RHK-JSM)<br><br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation of the parties, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: August 9, 2005                                        s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge